**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

GARY A. FERRELL,

      Plaintiff,

    v.

CHESTLEY MERRITT, *et al.*,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-97

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's April 30, 2026, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.) Plaintiff's Motion for Temporary Restraining Order is **DENIED**. (Doc. 2.)

Moreover, Plaintiff has failed to comply with the Magistrate Judge's instruction to file an Amended Complaint by no later than June 5, 2026. (Doc. 8, p. 10; doc. 10.) The Magistrate Judge previously warned him that "failure to timely submit his amended pleading may result in dismissal of his case for failing to obey a court order or failure to prosecute." (Doc. 8, p. 10 (citing Fed. R. Civ. P. 41(b)).) This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. <u>See</u> S.D. Ga. L.R. 41.1(b); <u>see also</u> <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); <u>Mingo v. Sugar Cane Growers Co-op</u>, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); <u>Jones v. Graham</u>, 709 F.2d 1457, 1458 (11th Cir. 1983); <u>Floyd v. United States</u>, CV491-277 (S.D. Ga. June 10, 1992). Plaintiff is,

therefore, **DIRECTED** to respond to this Order by no later than July 31, 2026 and **SHOW CAUSE** why his case should not be dismissed for failing to comply with the Magistrate Judge's Order and failing to prosecute it.  If he wishes to pursue this case, in addition to explaining his failure to comply timely, he must also submit a proposed Amended Complaint, in compliance with the Magistrate Judge's prior Order.

      **SO ORDERED**, this 10th day of July, 2026.

                      R. STAN BAKER, CHIEF JUDGE
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA